**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**$468,252.34 from American First Credit Union account ending in \*\*\*228-6. 7; and Other Assets Described in Attachment A,**<br><br>Defendants *in Rem*. | **ORDER GRANTING STIPULATED MOTION TO STAY**<br><br>Case No. 2:20-cv-00226-DAK-JCB<br><br>District Judge Dale A. Kimball<br><br>Magistrate Judge Jared C. Bennett |

Based on the Stipulated Motion to Stay entered by the United States and Claimants Barsukov and Matveyenko, and with good cause appearing, the Stipulated Motion to Stay is GRANTED. The Court finds that the property at issue in this matter is directly related to the ongoing criminal case *United States v. Yevgeny Tuchinksy, et al.*, Case No. 2:19-cr-00394. It is in the best interests of the United States, Claimants, and Interested Parties that this matter be stayed until after *United States v. Yevgeny Tuchinksy, et al.*, Case No. 2:19-cr-00394, has been resolved.

Accordingly, IT IS HEREBY ORDERED that this matter is STAYED until after *United States v. Yevgeny Tuchinksy, et al.*, Case No. 2:19-cr-00394, has been resolved.

DATED June 5, 2020.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge