IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>$468,252.34 from American First Credit Union account ending in ***228-6.7; and Other Assets Described in Attachment A,<br><br>Defendants *in Rem.* | ORDER ADMINISTRATIVELY CLOSING CASE<br><br>Case No. 2:20CV226 DAK-JCB<br><br>Judge Dale A. Kimball |

    The instant action has been stayed for over three years pending the outcome of criminal case 2:19cr394-RJS-DBP. IT IS HEREBY ORDERED that the above-captioned case be **administratively** closed. If necessary, the United States may file a motion to reopen this case after the conclusion of the related criminal case.

DATED this 27th day of July, 2023.

                                                 BY THE COURT:

                                                 _____<br>
                                                 DALE A. KIMBALL<br>
                                                 United States District Judge